# EXHIBIT A

FILE HASHES FOR Dennis Martinez (IP Address 99.63.5.25)
ISP UTILIZED: SBC INTERNET SERVICES / AT&T U-VERSE

| Date Observed UTC | Film Name | File Hash | BitTorrent Client | Session Duration |
|---|---|---|---|---|
| 02/23/2013 17:12:31 UTC | Creampie Young Girls 2 | F818B9C0851D9DDAE0D1D650A55AAE52433B92D9 | μTorrent 3.2.3 | 398 seconds |
| 07/23/2012 02:28:06 UTC | Redhead Girls 2 | 909FBD9121BD0970D104295FC64618CE59B03300 | μTorrent 3.1.3 | 372 seconds |
| 04/27/2013 17:59:44 UTC | Chubby Teens 1 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | μTorrent 3.3.0 | 383 seconds |
| 12/05/2013 22:54:56 UTC | Chubby Teens 2 | 97E7C034F524854FDDCE2B2BF1FEE79AA424CA27 | μTorrent 3.3.2 | 121 seconds |
| 12/07/2013 05:21:56 UTC | Chubby Teens 3 | CD8CDD3E9612D23C072705BC5F7C5C784E3150CF | μTorrent 3.3.2 | 138 seconds |

Total Copyrights Infringed: 5