# EXHIBIT B

COPYRIGHTS-IN-SUIT FOR Dennis Martinez

| Film Name | Registration Number | Registration Date |
|---|---|---|
| Creampie Young Girls 2 | PAu003638148 | 09/27/2012 |
| Redhead Girls 2 | PAu003631140 | 06/04/2012 |
| Chubby Teens 1 | PAu003631143 | 06/04/2012 |
| Chubby Teens 2 | PAu003624477 | 05/31/2012 |
| Chubby Teens 3 | PAu003638126 | 09/27/2012 |

Total Copyrights Infringed: 5