# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PAu 3-638-148**

Effective date of registration:
September 27, 2012

---

### Title
**Title of Work:** Creampie Young Girls 2

### Completion/Publication
**Year of Completion:** 2012

### Author
- **Author:** Purzel Video GmbH
  **Author Created:** entire motion picture, production/producer, direction/director, cinematography/cinematographer, editing/editor
  **Work made for hire:** Yes
  **Citizen of:** Germany

### Copyright claimant
**Copyright Claimant:** Purzel Video GmbH
Industriestr. 69a, Veilsdorf, 98669, Germany

### Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** production as a motion picture

### Rights and Permissions
**Organization Name:** Purzel Video GmbH
**Email:** info@purzel-video.de     **Telephone:** +49-368-5404 8
                                                 0000 000000

### Certification
**Name:** Martin Goebel
**Date:** September 18, 2012

Page 1 of 1

Registration #: PAU003638148
Service Request #: 1-824562320



Purzel Video GmbH
Industriestr. 69a
Veilsdorf, 98669 Germany

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-631-140**

Effective date of registration:

June 4, 2012

---

### Title
**Title of Work:** Redhead Girls 2

### Completion/Publication
**Year of Completion:** 2012

### Author
- **Author:** Purzel Video GmbH
  **Author Created:** entire motion picture, production/producer, direction/director, cinematography/cinematographer, editing/editor
  **Work made for hire:** Yes
  **Citizen of:** Germany

### Copyright claimant
**Copyright Claimant:** Purzel Video GmbH
Industriestr. 69a, Veilsdorf, 98669, Germany

### Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** production as a motion picture

### Rights and Permissions
**Organization Name:** Purzel Video GmbH
**Email:** info@purzel-video.de   **Telephone:** +49-368-5404
(0000) 000000

### Certification
**Name:** Martin Goebel
**Date:** May 16, 2012

Page 1 of

**Registration #:** PAU003631140
**Service Request #:** 1-767365240



Purzel Video GmbH
Industriestr. 69a
Veilsdorf, 98669 Germany

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PAu 3-631-143**

Effective date of registration:
June 4, 2012

## Title
**Title of Work:** Chubby Teens 1

## Completion/Publication
**Year of Completion:** 2012

## Author
- **Author:** Purzel Video GmbH
  **Author Created:** entire motion picture, production/producer, direction/director, cinematography/cinematographer, editing/editor
  **Work made for hire:** Yes
  **Citizen of:** Germany

## Copyright claimant
**Copyright Claimant:** Purzel Video GmbH
Industriestr. 69a, Veilsdorf, 98669, Germany

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** production as a motion picture

## Rights and Permissions
**Organization Name:** Purzel Video GmbH
**Email:** info@purzel-video.de         **Telephone:** +49-368-5404
0000 000000

## Certification
**Name:** Purzel Video GmbH
**Date:** May 15, 2012

Page 1 of

Registration #: PAU003631143
Service Request #: 1-766856331



Purzel Video GmbH
Industriestr. 69a
Veilsdorf, 98669 Germany



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = chubby teens 2
Search Results: Displaying 1 of 1 entries



*Chubby Teens 2.*

|                              |                                                                                                                                                                                   |
|-----------------------------:|:----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Type of Work:**            | Motion Picture                                                                                                                                                                    |
| **Registration Number / Date:** | PAu003624477 / 2012-05-31                                                                                                                                                      |
| **Application Title:**       | Chubby Teens 2.                                                                                                                                                                   |
| **Title:**                   | Chubby Teens 2.                                                                                                                                                                   |
| **Description:**             | Videodisc (DVD)                                                                                                                                                                   |
| **Copyright Claimant:**      | Purzel Video GmbH. Address: Industriestr. 69a, Veilsdorf, 98669, Germany.                                                                                                         |
| **Date of Creation:**        | 2012                                                                                                                                                                              |
| **Authorship on Application:** | Purzel Video GmbH, employer for hire; Citizenship: Germany. Authorship: entire motion picture, production/producer, direction/director, cinematography/cinematographer, editing/editor. |
| **Pre-existing Material:**   | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music.                                                                                             |
| **Basis of Claim:**          | production as a motion picture.                                                                                                                                                   |
| **Rights and Permissions:**  | Purzel Video GmbH, +49 3685 404842, info@purzel-video.de                                                                                                                          |
| **Names:**                   | Purzel Video GmbH                                                                                                                                                                 |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format: Full Record ▼  [Format for Print/Save] |
| Enter your email address: [           ]  [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

12/17/13 WebVoyage Record View 1

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=chubby+teens+2&Search_Code=TALL&PID=PALF6q0RNEf9Q5lKgtEptQr3eeD&SEQ=2013121716434… 2/2

# Copyright
United States Copyright Office

Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = chubby teens 3
Search Results: Displaying 1 of 1 entries



*Chubby Teens 3.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PAu003638126 / 2012-09-27 |
| **Application Title:** | Chubby Teens 3. |
| **Title:** | Chubby Teens 3. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Purzel Video GmbH. Address: Industriestr. 69a, Veilsdorfn, 98669, Germany. |
| **Date of Creation:** | 2012 |
| **Authorship on Application:** | Purzel Video GmbH, employer for hire; Citizenship: Germany. Authorship: entire motion picture, production/producer, direction/director, cinematography/cinematographer, editing/editor. |
| **Pre-existing Material:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music. |
| **Basis of Claim:** | production as a motion picture. |
| **Rights and Permissions:** | Purzel Video GmbH, +49 3685 404842, info@purzel-video.de |
| **Names:** | Purzel Video GmbH |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [        ] [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page