# EXHIBIT A

## Logged Evidences of IP Address 99.63.5.25

| Hit Date UTC | Filename | FileHash | ClientVersion | ClientDHTPort | SessionDuration |
|---|---|---|---|---|---|
| 2012-07-23 02:28:06 | Redhead Girls 2 | 909FBD9121BD0970D104295FC64618CE59B03300 | µTorrent 3.1.3 | 32767 | 372 seconds |
| 2012-07-23 02:28:28 | Redhead Girls 2 | 909FBD9121BD0970D104295FC64618CE59B03300 | µTorrent 3.1.3 | 32767 | 363 seconds |
| 2013-02-23 17:09:32 | Purzel.Video.Creampie.Young.Girls.2.mp4 | F818B9C0851D9DDAE0D1D650A55AAE52433B92D9 | µTorrent 3.3.0 | 19781 | 350 seconds |
| 2013-02-23 17:12:31 | Purzel.Video.Creampie.Young.Girls.2.mp4 | F818B9C0851D9DDAE0D1D650A55AAE52433B92D9 | µTorrent 3.3.0 | 19781 | 398 seconds |
| 2013-02-23 17:17:34 | Purzel.Video.Creampie.Young.Girls.2.mp4 | F818B9C0851D9DDAE0D1D650A55AAE52433B92D9 | µTorrent 3.3.0 | 19781 | 344 seconds |
| 2013-02-24 14:05:13 | Purzel.Video.Creampie.Young.Girls.2.mp4 | F818B9C0851D9DDAE0D1D650A55AAE52433B92D9 | µTorrent 3.3.0 | 19781 | 349 seconds |
| 2013-02-24 15:01:48 | Purzel.Video.Creampie.Young.Girls.2.mp4 | F818B9C0851D9DDAE0D1D650A55AAE52433B92D9 | µTorrent 3.3.0 | 19781 | 323 seconds |
| 2013-02-24 15:02:17 | Purzel.Video.Creampie.Young.Girls.2.mp4 | F818B9C0851D9DDAE0D1D650A55AAE52433B92D9 | µTorrent 3.3.0 | 19781 | 314 seconds |
| 2013-02-24 16:24:48 | Purzel.Video.Creampie.Young.Girls.2.mp4 | F818B9C0851D9DDAE0D1D650A55AAE52433B92D9 | µTorrent 3.3.0 | 19781 | 379 seconds |
| 2013-04-27 17:59:14 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 381 seconds |
| 2013-04-27 17:59:44 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 383 seconds |
| 2013-04-27 18:08:02 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 399 seconds |
| 2013-04-28 00:33:21 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 367 seconds |
| 2013-04-28 00:33:24 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 365 seconds |
| 2013-04-28 00:34:51 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 378 seconds |
| 2013-04-28 00:34:56 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 376 seconds |
| 2013-04-28 13:55:43 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 375 seconds |
| 2013-04-29 01:39:06 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 348 seconds |
| 2013-04-29 01:39:12 | Chubby Teens #1.avi | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | µTorrent 3.3.0 | 32767 | 348 seconds |
| 2013-12-05 23:12:30 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 139 seconds |
| 2013-12-05 23:14:03 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 113 seconds |
| 2013-12-05 23:25:28 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 102 seconds |
| 2013-12-06 01:57:55 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 101 seconds |
| 2013-12-06 01:58:02 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 107 seconds |
| 2013-12-06 01:59:08 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 110 seconds |
| 2013-12-06 01:59:36 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 98 seconds |
| 2013-12-06 01:59:45 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 92 seconds |
| 2013-12-06 22:13:58 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 123 seconds |
| 2013-12-06 22:56:51 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C30467D81181DA7E7F | µTorrent 3.3.2 | 32767 | 119 seconds |

## Logged Evidences of IP Address 99.63.5.25

| Hit Date UTC | Filename | FileHash | ClientVersion | ClientDHTPort | SessionDuration |
|---|---|---|---|---|---|
| 2013-12-06 23:00:19 | Purzel.Chubby.Teens.1.German.XXX.DVDRip.XviD-CHiKANi | D172AD5146F5965707E695C304667D8118IDA7E7F | μTorrent 3.3.2 | 32767 | 151 seconds |
| 2013-12-05 21:05:17 | Chubby Teens #2 | 97E7C034F524854FDDCE2B2BF1FEE79AA424CA27 | μTorrent 3.3.2 | 32767 | 112 seconds |
| 2013-12-05 21:05:31 | Chubby Teens #2 | 97E7C034F524854FDDCE2B2BF1FEE79AA424CA27 | μTorrent 3.3.2 | 32767 | 132 seconds |
| 2013-12-05 22:54:38 | Chubby Teens #2 | 97E7C034F524854FDDCE2B2BF1FEE79AA424CA27 | μTorrent 3.3.2 | 32767 | 110 seconds |
| 2013-12-05 22:54:38 | Chubby Teens #2 | 97E7C034F524854FDDCE2B2BF1FEE79AA424CA27 | μTorrent 3.3.2 | 32767 | 109 seconds |
| 2013-12-05 22:54:56 | Chubby Teens #2 | 97E7C034F524854FDDCE2B2BF1FEE79AA424CA27 | μTorrent 3.3.2 | 32767 | 121 seconds |
| 2013-12-05 22:55:06 | Chubby Teens #2 | 97E7C034F524854FDDCE2B2BF1FEE79AA424CA27 | μTorrent 3.3.2 | 32767 | 116 seconds |
| 2013-12-05 22:55:12 | Chubby Teens #2 | 97E7C034F524854FDDCE2B2BF1FEE79AA424CA27 | μTorrent 3.3.2 | 32767 | 119 seconds |
| 2013-12-06 00:02:44 | Purzel.Video.Chubby.Teens.3.German.XXX.DVDRip.x264-CHiKANi[rbg] | CD8CDD3E9612D23C072705BC5F7C5C784E3150CF | μTorrent 3.3.2 | 32767 | 124 seconds |
| 2013-12-06 22:13:43 | Purzel.Video.Chubby.Teens.3.German.XXX.DVDRip.x264-CHiKANi[rbg] | CD8CDD3E9612D23C072705BC5F7C5C784E3150CF | μTorrent 3.3.2 | 32767 | 123 seconds |
| 2013-12-07 05:20:53 | Purzel.Video.Chubby.Teens.3.German.XXX.DVDRip.x264-CHiKANi[rbg] | CD8CDD3E9612D23C072705BC5F7C5C784E3150CF | μTorrent 3.3.2 | 32767 | 134 seconds |
| 2013-12-07 05:21:56 | Purzel.Video.Chubby.Teens.3.German.XXX.DVDRip.x264-CHiKANi[rbg] | CD8CDD3E9612D23C072705BC5F7C5C784E3150CF | μTorrent 3.3.2 | 32767 | 138 seconds |
| 2013-12-07 05:23:23 | Purzel.Video.Chubby.Teens.3.German.XXX.DVDRip.x264-CHiKANi[rbg] | CD8CDD3E9612D23C072705BC5F7C5C784E3150CF | μTorrent 3.3.2 | 32767 | 166 seconds |