IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PURZEL VIDEO GMBH, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 4:13-cv-01668 |
| DENNIS MARTINEZ, | ) Hon. Carol E. Jackson |
| *Defendant*. | ) ***JURY TRIAL DEMANDED*** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DENNIS MARTINEZ

Upon review and consideration of Plaintiff's Motion and Memorandum for Default Judgment against Defendant Dennis Martinez, this Court hereby GRANTS Plaintiff's motion.

IT IS HEREBY ORDERED THAT Plaintiff is entitled to recovery of statutory damages in the amount of $30,000.00 per Purzel copyrighted work infringed, for a sum of $150,000.00;

IT IS FURTHER ORDERED THAT Plaintiff is entitled to recovery of its costs and attorneys' fees in the sum of $3,313.60;

IT IS FURTHER ORDERED THAT Defendant is permanently enjoined from directly or contributorily infringing Plaintiff's rights in the copyrighted Motion Pictures at issue in this suit, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Motion Pictures, or to make the Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff;

IT IS FURTHER ORDERED THAT Defendant shall destroy all copies of the Motion Pictures made or used by him in violation of Purzel Video's exclusive rights, as well as all masters in his possession from which such copies may be reproduced.

DATED:_____        BY:_____