UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PURZEL VIDEO GMBH, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:13-CV-1668 (CEJ) |
| DENNIS MARTINEZ, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff Purzel Video GMBH and against defendant Dennis Martinez in the amount of $33,313.60.

**IT IS FURTHER ORDERED** that defendant Dennis Martinez is permanently enjoined from directly or contributorily infringing plaintiff's rights in the copyrighted motion pictures described in the complaint, including, without limitation, by using the Internet, BitTorrent or any other online media distribution system to reproduce or distribute the motion pictures available for distribution to the public, except pursuant to a lawful license or with express authority of plaintiff.

**IT IS FURTHER ORDERED** that defendant shall destroy all copies of the motion pictures made or used by him in violation of plaintiff's exclusive rights, as well as all masters in his possession from which such copies may be reproduced.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2014.